441 A.2d 450

Peoples First National Bank and Trust v. Kovalick

Peoples First National Bank and Trust v. Garo, Inc.

Appeal of Gabriel J. Kovalick and RosaLinda Kovalick.

520

Argued May 11, 1981. James A. Schneider, for appellants; Robert J. Gillespie, Jr., for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.